COWING, Respondent, v. BRYANT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Louise S. Cowing against Martha J. Bryant and Orrin Bryant. No opinion. Judgment affirmed, with costs.

COX, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by David J. Cox against James Barnes, as administrator, etc. No opinion. Judgment affirmed, with costs.

CRAVEN v. BLOOMINGDALE. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Walter S. Craven against Lyman G. Bloomingdale. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 525.

CRAWFORD, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Annie M. Crawford against the Central Railroad Company of New Jersey. No opinion. Judgment and order unanimously affirmed, with costs.

CRAWFORD, Respondent, v. JAECKEL, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by Carolina P. Crawford against Hugo Jaeckel. From a judgment in favor of plaintiff, defendant appeals. Affirmed. L. P. Mingay, for appellant. Adams & Adams, for respondent.

PER CURIAM. Judgment affirmed, with costs. See Wilkinson v. Davies, 146 N. Y. 27, 40 N. E. 501.

CRETEAU v. FOOTE & THORNE CO. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Frederick A. Creteau against the Foote & Thorne Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 370.

DAVIS et al., Respondents, v. BINGHAM et al., Appellants. (Supreme Court, Appellate Term. January 14, 1901.) Action by Solomon Davis and another against William H. Bingham and another. From a judgment of the general term (66 N. Y. Supp. 489) affirming an order of the special term of the city court of New York overruling a demurrer, defendants appeal. Affirmed. Thompson & Maloney, for appellants. H. S. Mack, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs, with leave to the defendants to serve their answer to the complaint herein within six days after service upon their attorney of a copy of the order entered on this appeal, and upon payment of the costs.

DAVIS et al., Respondents, v. NIAGARA FALLS POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Charles Davis and others against the Niagara Falls Power Company. No opinion. Judgment affirmed, with costs.

DEERING, Respondent, v. REILLY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by James A. Deering against William J. Reilly and others. L. A. Spalding, for appellants. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DE HART, Respondent, v. GREATER NEW YORK PUB. CO., Appellant. (City Court of New York, General Term. January 3, 1901.) Action by James H. De Hart against the Greater New York Publishing Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Franklin Bien, for appellant. Hammond Odell, for respondent.

PER CURIAM. Judgment appealed from, affirmed, with costs.

DE HIERAPOLIS, Respondent, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George S. De Hierapolis against Isaac Lawrence. N. G. Johnson, for appellant. T. B. Chancellor, for respondent. No opinion. Judgment affirmed, with costs.

DE SISTO v. STIMMEL. (Supreme Court, Appellate Division, First Department, November 23, 1900.) Action by Antonia De Sisto against John Stimmel. No opinion. Motion denied, upon payment of $10 costs. See 65 N. Y. Supp. 314.

DEUTSCH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. December 13, 1900.) Action by Emanuel Deutsch against the Metropolitan Street-Railway Company. From a judgment in favor of the plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson and John T. Little, for appellant. Hayman & Rosenthal, for respondent.

PER CURIAM. It is insisted on behalf of the appellant that the plaintiff failed to prove freedom from contributory negligence, and that the verdict is against the weight of evidence. An examination of the evidence demonstrates that the question of plaintiff's freedom from negligence was for the jury to determine, and, in view of the evidence offered by plaintiff, it could not be said as a matter of law that he was guilty of contributory negligence. The verdict is not against the weight of evidence, but, on the contrary, appears to be supported by a fair preponderance of the evidence. Judgment and order appealed from affirmed, with costs.